**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIE YUAN<br>PLAINTIFF(S),<br>v.<br>THANH H. LAM, et al.<br>DEFENDANT(S). | CASE NUMBER:<br>2:19−cv−01748−TJH−AFMx<br>**NOTICE OF REASSIGNMENT OF CASE DUE TO UNAVAILABILITY OF JUDICIAL OFFICER** |

To: All Counsel Appearing of Record

The Magistrate Judge to whom the above−entitled case was previously assigned is no longer available.

YOU ARE HEREBY NOTIFIED that, pursuant to directive of the Chief U. S. District Judge/Magistrate Judge and in accordance with the rules of this Court, the above−entitled case has been returned to the Clerk for direct reassignment.

Accordingly, this case has been reassigned to:

Hon. A. Joel Richlin, Magistrate Judge for:

any discovery and/or post−judgment matters that may be referred

Please substitute the initials of the newly assigned Magistrate Judge so that the new case number will read: 2:19−cv−01748−TJH−AJRx. This is very important because documents are routed by the initials.

Clerk, U.S. District Court

March 12, 2024
Date

By: /s/ *Carlos Brizuela*
Deputy Clerk