Roberrt C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIE YUAN, derivatively on behalf of NOVA LIFESTYLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THANH H. LAM, JEFFERY CHUANG, YUEN CHNG HO, CHARLIE HUY LA, BIN LIU, STEVEN QIANG LIU, UNMESH PATEL, MIN SU, AND YA MING WONG,<br><br>Defendants,<br>and<br><br>NOVA LIFESTYLE, INC.,<br><br>Nominal Defendant. | Case No.: 2:19-cv-01748-TJH-AFM<br><br>**STIPULATION AND [PROPOSED] ORDER LIFTING STAY, CONSOLIDATING CASES AND SETTING SCHEDULE**<br><br>District Judge Terry J. Hatter, Jr.<br><br>Complaint Filed: March 8, 2019 |

| | |
|---|---|
| WILTON SAMUELS, Derivatively on Behalf of NOVA LIFESTYLE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>THANH H. LAM, MIN SU, BIN LIU, CHARLIE HUY LA, UNMESH PATEL, YUEN CHING HO, YA MING WONG and JEFFERY CHUANG,<br><br>Defendants,<br><br>-and-<br><br>NOVA LIFESTYLE, INC.,<br><br>Nominal Defendant. | Case No.: 2:19-cv-04216-TJH-AFM<br><br>District Judge Terry J. Hatter, Jr.<br><br>Complaint Filed: May 15, 2019 |

WHEREAS, on March 8, 2019 and May 15, 2019, stockholders Jie Yuan ("Yuan") and Wilton Samuels ("Samuels") (collectively, "Plaintiffs"), respectively, filed verified shareholder derivative complaints in the United States District Court for the Central District of California, (the "Related Derivative Actions") against defendants Thanh H. Lamb, Min Su, Bin Liu, Charlie Huy La, Unmesh Patel, Yuen Ching Ho, Ya Ming Wong, Jeffrey Chuang, (the Individual Defendants"), and Nova Lifestyle, Inc. ("Nova" or the "Nominal Defendant," and together with the Individual Defendants, "Defendants");

WHEREAS, on April 7, 2020, the Court stayed the Related Derivative Actions pending a final disposition of a related securities class action pending in this Court (the "Securities Action") captioned *George Barney v. Nova Lifestyle, Inc.*, Case No. 2:18-cv-10725-AB-AFM (the "Stay Order");

WHEREAS, on October 6, 2023, plaintiffs in the Securities Action filed a Motion for Final Approval of Settlement (Securities Action, ECF No. 96);

WHEREAS, on January 30, 2024, the Court in the Securities Action issued an Order and Final Judgment approving the settlement of the Securities Action. (Securities Action, ECF No. 109);

WHEREAS, the Parties agree that the Related Derivative Actions challenge substantially similar alleged conduct by the same Company directors and executive officers, involve substantially similar questions of law and fact, and involve overlapping factual allegations, and agree the administration of justice would be best served by consolidating the Related Derivative Actions;

WHEREAS, the Parties agree that, pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action (hereinafter referred to as the "Consolidated Derivative Action") in order to avoid duplication of effort and potentially conflicting results, and to conserve party and judicial resources;

WHEREAS, this stipulation is not a waiver of any of the Parties' rights, remedies, claims, or defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by the Parties through their undersigned counsel, and upon approval and entry by the Court shall be ORDERED, as follows:

1. The stay of the Derivative Actions is hereby lifted.

2. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings, trial, and appeal under Master File No. 2:19-cv-01748 (the "Consolidated Derivative Action.").

3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

| | |
|---|---|
| IN RE NOVA LIFESTYLE, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 2:19-cv-01748 |
| THIS DOCUMENT RELATES TO: | |

4. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under the Master File No. 2:19-cv-01748

5. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.

6. This stipulation is without waiver or prejudice to any and all defenses claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.

7. Plaintiffs shall file a Consolidated Complaint within thirty (30) days of the date that this stipulation is so ordered by this Court.

8. Defendant's response to the Consolidated Complaint is due forty-five (45) days from the filing of the Consolidated Complaint.

9. Should the Defendants file a Motion to Dismiss, Plaintiffs' response is due forty-five (45) days from the filing of the Motion to Dismiss the Consolidated Complaint.

10. Any Reply by Defendants is due fourteen (14) days from the date of Plaintiffs' response.

IN WITNESS WHEREOF, the Parties, through their undersigned counsel, have executed this stipulation and Order as of this 31st day of December, 2024

Dated: December 31, 2024

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*
Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, California 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Yuan*

**TOSTRUD LAW GROUP, P.C.**

*/S/ Jon A. Tostrud*
Jon A. Tostrud
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email: jtostrud@tostrudlaw.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

*Counsel for Plaintiff Samuels*

**COZEN O'CONNOR**

*/S/ _Erik L. Jackson*
601 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 892-7900
Facsimile: (213) 892-7999
Email: ejackson@cozen.com

*Counsel for Defendants*