**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JIE YUAN, derivatively on behalf of NOVA LIFESTYLE, INC.,

Plaintiff,

v.

THANH H. LAM, JEFFERY CHUANG, YUEN CHNG HO, CHARLIE HUY LA, BIN LIU, STEVEN QIANG LIU, UNMESH PATEL, MIN SU, AND YA MING WONG,

Defendants,

and

NOVA LIFESTYLE, INC.,

Nominal Defendant.

Case No.: 2:19-cv-01748-TJH-AJR

**ORDER CONSOLIDATING CASES, AND SETTING SCHEDULE**

District Judge Terry J. Hatter, Jr.

Complaint Filed: March 8, 2019

WILTON SAMUELS, Derivatively on Behalf of NOVA LIFESTYLE, INC.,

Plaintiff,

v.

THANH H. LAM, MIN SU, BIN LIU, CHARLIE HUY LA, UNMESH PATEL, YUEN CHING HO, YA MING WONG and JEFFERY CHUANG,

Defendants,

-and-

NOVA LIFESTYLE, INC.,

Nominal Defendant.

Case No.: 2:19-cv-04216-TJH-AJR

District Judge Terry J. Hatter, Jr.

Complaint Filed: May 15, 2019

The Parties to these two actions have submitted a stipulation to consolidate the two actions and set a schedule,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The stay of the above-referenced matters is lifted.
2. The Related Derivative Actions are hereby consolidated for all purposes, including pre-trial proceedings, trial, and appeal under Master File No. 2:19-cv-01748 (the "Consolidated Derivative Action.").
3. Every pleading filed in the Consolidated Derivative Action, or in any separate action included herein, shall bear the following caption:

| | |
|---|---|
| IN RE NOVA LIFESTYLE, INC. STOCKHOLDER DERIVATIVE LITIGATION | Master File No.: 2:19-cv-01748-TJH-AJR |
| THIS DOCUMENT RELATES TO: | |

4. All papers filed in connection with the Consolidated Derivative Action will be maintained in one file under the Master File No. 2:19-cv-01748
5. All papers and documents previously filed and/or served in the Related Derivative Actions shall be deemed a part of the record in the Consolidated Derivative Action.
6. This stipulation is without waiver or prejudice to any and all defenses claims, defenses, arguments, motions, or any requests for other relief that would otherwise be available to the Parties in the Related Derivative Actions.
7. Plaintiffs shall file a Consolidated Complaint within thirty (30) days of the date that this stipulation is so ordered by this Court.
8. Defendant's response to the Consolidated Complaint is due forty-five (45) days from the filing of the Consolidated Complaint.

9. Should the Defendants file a Motion to Dismiss, Plaintiffs' response is due forty-five (45) days from the filing of the Motion to Dismiss the Consolidated Complaint.

10. Any Reply by Defendants is due fourteen (14) days from the date of Plaintiffs' response.

Dated: January 7, 2025

TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE