Robert C. Moest, Of Counsel, SBN 62166
**THE BROWN LAW FIRM, P.C.**
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

IN RE NOVA LIFESTYLE, INC. STOCKHOLDER DERIVATIVE LITIGATION

Master File No.: 2:19-cv-01748-TJH-AJR

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

District Judge Terry J. Hatter, Jr.

Complaint Filed: March 8, 2019

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiffs Jie Yuan and Wilton Samuels ("Plaintiffs") hereby voluntarily dismisses the claims in the above-captioned consolidated action (the "Consolidated Action"), without prejudice, as to all Defendants. Each party to the action is to bear its own costs. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiffs or counsel for Plaintiffs, and no promise to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in the Consolidated Action.

Dated: February 6, 2025

Respectfully submitted,

**TOSTRUD LAW GROUP, P.C.**

*<u>/s/ Jon A. Tostrud</u>*______________

Jon A. Tostrud
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 278-2600
Facsimile: (310) 278-2640
Email: jtostrud@tostrudlaw.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
260 Madison Avenue, 22nd Floor
New York, NY 10016
Telephone: (212) 983-1300
Facsimile: (212) 983-0383

**THE BROWN LAW FIRM, P.C.**

*/s/ Robert C. Moest*________________

Robert C. Moest, Of Counsel, SBN 62166
2530 Wilshire Boulevard, Second Floor
Santa Monica, CA 90403
Telephone: (310) 915-6628
Facsimile: (310) 915-9897
Email: RMoest@aol.com

Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiffs*